**Electronically Filed
Supreme Court
SCWC-30278
14-SEP-2011
09:42 AM**

NO. SCWC-30278

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

PETER KALANI BAILEY, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30278; CR. NO. 07-1-0386)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, JJ.,
and Circuit Judge Pollack, in place of McKenna, J., recused)

Petitioner/Defendant-Appellant Peter Kalani Bailey's application for writ of certiorari filed on August 10, 2011, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 14, 2011.

John M. Tonaki, Public
Defender, Jon N. Ikenaga,
Deputy Public Defender,
on the application for
petitioner/defendant-
appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Richard W. Pollack

